# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | Case No. CR08-245RSL |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| DEVAUGHN DORSEY, | |
| Defendant. | |

This matter comes before the Court on Defendant's "Request for Extention (sic) of Time Reply" (Dkt. # 541). Defendant seeks a second sixty-day extension of time to file a reply in support of his motion for new trial. Having considered the facts set forth in the motion and the remainder of the record, the Court GRANTS Defendant's motion (Dkt. # 541). The Clerk of Court is directed to re-note Defendant's motion for new trial (Dkt. # 520) on the Court's calendar for Friday, February 21, 2014. Defendant must file his reply no later than Friday, February 21, 2014.

DATED this 9th day of January, 2014.

Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION
FOR EXTENSION OF TIME - 1