UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DEVAUGHN DORSEY,<br><br>　　　　Defendant. | NO. CR08-245RSL<br><br>ORDER TO SEAL |

Having read Attachment 3 to the Government's Response to Defendant's Motion for New Trial in the above-captioned case, which was filed under seal, and United States' Motion to Seal requesting that Attachment 3 to the Government's Response to Defendant's Motion for New Trial be allowed to remain under seal,

It is hereby ORDERED that Attachment 3 to the Government's Response to Defendant's Motion for New Trial in this matter shall remain sealed.

DATED this 1st day of November, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SEAL