
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>DEVAUGHN DORSEY, et al.,<br>Defendant. | NO. 2:08-cr-00245-RSL<br><br>[PROPOSED] ORDER RE<br>MOTION TO WITHDRAW |

THIS COURT, having considered the Petitioner's Motion to Withdraw as Counsel hereby ORDERS:

The motion for Petitioner's counsel to withdraw is hereby GRANTED.

DATED, this 13 th day of December 2017.

_____
Robert Lasnik
United States District Judge

Presented by:

/s/ ARTURO D MENÉNDEZ
Arturo D. Menéndez
Withdrawing Counsel for Mr. Dorsey
WSBA No. 43880

ORDER FOR WITHDRAWAL - 1

*United States v. Dorsey, et al.,*
Cause No. 2:08-cr-00245-RSL

MENÉNDEZ LAW FIRM
1001 Fourth Ave., Ste. 3200
SEATTLE, WASHINGTON 98154
TELEPHONE: (206) 467-5987
FAX: (888) 234-9033